# DeBOTTIS & SCHAAL

Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

MAIN PHONE    (315) 363-6800
DIRECT PHONE (315) 363-6888
FAX          (315) 363-6801

January 26, 2010

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

Re: Ernie J. & Katherine M. Flagg
    Bankruptcy Case No. 09-60279

Dear Sirs:

Enclosed please find Check No. 107 made payable to the United States Bankruptcy Court f/b/o AFNI/MCI in the amount of $106.88. The original check was sent to AFNI/MCI, PO Box 3037, Bloomington, IL 61702-3037 and was not cashed within the 90 days.

Sincerely,

*Randy J. Schaal*
Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

**FILED**

JAN 2 7 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**RECEIVED**

JAN 2 7 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Receipt # 61000158